## (October 22, 1976)

■ In the Matter of RUTH W. MESSINGER, Appellant, v JERROLD NADLER et al., Respondents.—Judgment, Supreme Court, New York County, entered October 21, 1976, unanimously affirmed, without costs and without disbursements, for the reasons stated by the Special Referee at Special Term to the extent that we agree that there is no showing of a reasonable probability that the successful candidate received so large a proportion of the irregular votes as to have changed the result. Motion to intervene by certain electors denied as not stating a right cognizable in the circumstances presented. Concur—Markewich, J. P., Lupiano, Silverman, Lane and Yesawich, JJ.

## (October 26, 1976)

■ In the Matter of BREWSTER HOTEL, Appellant, v ROBERT E. HERMAN, Respondent.—Judgment, Supreme Court, New York County, entered on April 25, 1975, unanimously affirmed on opinion of Frank, J., at Special Term, and that the respondent recover of the appellant $60 costs and disbursements of this appeal. Concur—Stevens, P. J., Murphy, Lupiano, Lane and Yesawich, JJ.

■ LOUIS PASTOR, Appellant, v JACOB FRIEDLAND, Respondent.—Order, Supreme Court, New York County, entered on December 11, 1975, unanimously affirmed for the reasons stated by Frank, J., at Special Term, without costs and without disbursements. Concur—Stevens, P. J., Murphy, Lupiano, Lane and Yesawich, JJ.

■ MURRAY BURNETT et al., Appellants, v NYM CORPORATION et al., Respondents. NYM CORPORATION, Third-Party Plaintiff, v HEARST CORPORATION, Third-Party Defendant-Respondent.—Order, Supreme Court, New York County, entered on January 6, 1976, unanimously affirmed on opinion of Asch, J., at Special Term, without costs and without disbursements. Concur—Stevens, P. J., Murphy, Lupiano, Lane and Yesawich, JJ.

■ FISHER BROS. SIXTH AVENUE CORPORATION, Appellant, v JARCHO BROS., INC., et al., Respondents.—Judgment, Supreme Court, New York County, entered on May 30, 1975, unanimously affirmed for the reasons stated by Whitman, J., at Trial Term, and that the respondents recover of the appellant one bill of $60 costs and disbursements of this appeal. Concur—Markewich, J. P., Murphy, Lupiano, Birns and Nunez, JJ.

■ LAWRENCE CLARKE, Petitioner, v ROGER STARR et al., Respondents.—Determination of respondent Administrator, dated February 14, 1975, unanimously confirmed, without costs and without disbursements. The record demonstrates that the petitioner received adequate warnings as to his constitutional rights to require him to answer. Concur—Stevens, P. J., Markewich, Kupferman, Capozzoli and Lane, JJ.